IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTINA HILL

    Plaintiff,

v.                                                           No. 3:17-cv-814-DRH-SCW

SAMUEL KUNZ 4TH, and
MORRISTOWN DRIVER'S SERVICE, INC.,
a corporation,

    Defendants.

## ORDER

**HERNDON, District Judge:**

    Having been advised by counsel that the above action has been settled but that additional time is needed to consummate settlement, the Court **DIRECTS** the Clerk of the Court to enter judgment of dismissal with prejudice and without costs 60 days from the date of this Order. Should the parties fail to consummate settlement within 60 days, they may petition the Court to delay entry of judgment until a later day. In light of the settlement, the Court **DENIES** all motions pending in this case **as moot** and **VACATES** all court dates in this case.

    **IT IS SO ORDERED.**

*David R Herndon*

Judge Herndon
2018.05.17
10:59:18 -05'00'

United States District Judge